DANIEL V. KOHLS (SBN 167987)
BRET N. BATCHMAN (SBN 236311)
SCOTT M. MORRIS (SBN 293284)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
Email: dkohls@hansenkohls.com
       bbatchman@hansenkohls.com
       smorris@hansenkohls.com

Attorneys for Defendant
MICHAEL M. KESSLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SFOX, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL M. KESSLER, an individual,<br>Defendant. | Case No. 2:25-cv-03227-JAM-JDP<br><br>**STIPULATION AND ORDER**<br><br><br>Complaint Filed: 11/06/2025<br>Trial Date:      None Set |

Plaintiff sFox, Inc. ("sFOX") and Defendant Michael M. Kessler ("KESSLER") (together, the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the time for KESSLER to respond to sFOX's Complaint as follows:

1. On November 6, 2025, sFOX filed its Complaint, which was served upon KESSLER on November 10, 2025.

2. Upon agreement of the parties and upon a showing of good cause, KESSLER has agreed to answer or otherwise respond to the Complaint by January 9, 2026.

3. Good cause for the extension under FRCP 6(b) exists in that the Parties seek additional time to discuss and confer about the factual and legal allegations in the Complaint, KESSLER's responses thereto, and potential resolution of the dispute. Accordingly, the Parties

00045181.1

hereby stipulate and agree to the extension of time for KESSLER to respond to sFOX's Complaint.

4. There have not been any prior requests for extensions submitted to the Court by KESSLER.

IT IS SO STIPULATED.

Dated: December 10, 2025                HOLLAND & KNIGHT LLP


By: */s/ Peter Hardy*
   PETER HARDY
   ANDREW B. KLAIR
   ALEX ENGLANDER
   Attorneys for Plaintiff
   sFOX, Inc.

Dated: December __, 2025                HANSEN, KOHLS, SOMMER & JACOB, LLP


By:
   DANIEL V. KOHLS
   BRET N. BATCHMAN
   SCOTT M. MORRIS
   Attorneys for Defendant
   MICHAEL M. KESSLER

## ORDER

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff sFox, Inc. and Defendant Michael M. Kessler, and finding GOOD CAUSE thereon, hereby grants the stipulated extension of time for Defendant to respond to Plaintiff's Complaint.

IT IS HEREBY ORDERED that Defendant's response to Plaintiff's Complaint is to be filed on or by **January 09, 2026**.

**IT IS SO ORDERED**.

Dated: December 15, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -
Stipulation