

United States District Court
Eastern District of California

SFOX, INC.

Plaintiff(s)

V.

MICHAEL M. KESSLER

Defendant(s)

Case Number: 2:25-cv-03227-JAM-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kayla Ariel Joyce hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SFOX, INC.

On 12/11/2023 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/01/2026                    Signature of Applicant: /s/ Kayla A. Joyce

**Pro Hac Vice Attorney**

Applicant's Name:               Kayla Ariel Joyce

Law Firm Name:                 Holland & Knight LLP

Address:                        787 Seventh Avenue

                                31st Floor

City: New York          State: NY      Zip: 10019

Phone Number w/Area Code: (212) 513-3546

City and State of Residence: New York, New York

Primary E-mail Address: Kayla.Joyce@hklaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:           Andrew Klair

Law Firm Name:                 Holland & Knight LLP

Address:                        560 Mission Street, STE 1900

City: San Franscisco          State: CA      Zip: 94105

Phone Number w/Area Code: (415) 743-6962          Bar # 334960

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 02, 2026            _____
                                JUDGE, U.S. DISTRICT COURT