HOLLAND & KNIGHT LLP
Peter D. Hardy (*pro hac vice*)
Kayla A. Joyce (*pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9600
Facsimile: (215) 867-6070
Email: peter.hardy@hklaw.com
kayla.joyce@hklaw.com

Andrew B. Klair (CA SBN 334960)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: andrew.klair@hklaw.com

*Attorneys for Plaintiff sFOX, Inc.*

HANSEN, KOHLS, SOMMER & JACOB, LLP
Bret N. Batchman (SBN 236311)
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
Email: bbatchman@hansenkohls.com

*Attorney for Defendant Michael M. Kessler*

Holland & Knight LLP
560 Mission St., Suite 1900
San Francisco, CA 94105
Tel: 415.743.69
Fax: 415.743.6910

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

SFOX, INC., a Texas corporation,

Plaintiff

v.

MICHAEL M. KESSLER, an individual,

Defendant.

Case No.: 2:25-cv-03227-JAM-JDP

**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 36)**

Judge: Hon. John A. Mendez

Plaintiff sFOX, Inc. ("Plaintiff" or "sFOX") and Defendant Michael M. Kessler ("Defendant" or "Kessler") (collectively, the "Parties"), by and through their respective counsel, hereby jointly stipulate as follows:

**WHEREAS**, on April 8, 2026, the Court issued a Pretrial Scheduling Order (ECF No. 26) pursuant to which (a) the deadline to complete all discovery is November 6, 2026, (b) the deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) is September 11, 2026, and (c) the deadline for supplemental and rebuttal expert disclosures under Fed. R. Civ. P. 26(a)(2)(c) is September 25, 2026;

Holland & Knight LLP
560 Mission St., Suite 1900
San Francisco, CA 94105
Tel: 415.743.69
Fax: 415.743.6910

**WHEREAS**, since the entry of the Pretrial Scheduling Order, the Parties have exchanged discovery requests, produced documents, and served deficiency letters;

**WHEREAS**, on September 2, 2026, counsel for the Parties met and conferred and discussed the possibility of resolving this case;

**WHEREAS**, the Parties have begun discussions to resolve the case and believe that a ninety (90) day extension of the fact and expert discovery deadlines is necessary to allow the Parties to continue settlement discussions and sort out the details of a potential resolution;

**WHEREAS**, a continuance of the discovery deadlines will conserve judicial resources by allowing the Parties to explore resolution without the pressure of imminent discovery deadlines;

**WHEREAS**, the Parties have not previously requested any continuances or modifications to the Pretrial Scheduling Order;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their counsel, and upon the Court's so-ordering of this joint stipulation, that the following fact and expert discovery deadlines in the Pretrial Scheduling Order are hereby modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Completion of All Discovery | November 6, 2026 | February 4, 2027 |
| Expert Witness Disclosures | September 11, 2026 | December 10, 2026 |
| Supplemental/Rebuttal Expert Disclosures | September 25, 2026 | December 24, 2026 |

The Parties reserve the right to seek further modifications to other deadlines in the Pretrial Scheduling Order, including the dispositive motions filing deadline, hearing on dispositive motions, final pretrial conference, and trial date, as may become necessary in light of the modified discovery schedule.

All other deadlines and provisions of the Pretrial Scheduling Order shall remain in full force and effect.

**IT IS SO STIPULATED.**

Holland & Knight LLP
560 Mission St., Suite 1900
San Francisco, CA 94105
Tel: 415.743.69
Fax: 415.743.6910

Dated: September 4, 2026

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Andrew Klair*
Andrew B. Klair (CA SBN 334960)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: andrew.klair@hklaw.com

Peter D. Hardy (*pro hac vice*)
Kayla A. Joyce (*pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9600
Facsimile: (215) 867-6070
Email: peter.hardy@hklaw.com
kayla.joyce@hklaw.com

*Attorneys for Plaintiff*

Dated: September 4, 2026

Respectfully submitted,

**HANSEN, KOHLS, SOMMER & JACOB, LLP**

By: */s/ Bret N. Batchman (authorized on 9/4/27)*
Bret N. Batchman (SBN 236311)
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
Email: bbatchman@hansenkohls.com

*Attorney for Defendant*

Holland & Knight LLP
560 Mission St., Suite 1900
San Francisco, CA 94105
Tel: 415.743.69
Fax: 415.743.6910

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

SFOX, INC., a Texas corporation,

Plaintiff

v.

MICHAEL M. KESSLER, an individual,

Defendant.

Case No.: 2:25-cv-03227-JAM-JDP

**FIRST ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Judge: Hon. John A. Mendez

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Completion of All Discovery | November 6, 2026 | **February 04, 2027** |
| Expert Witness Disclosures | September 11, 2026 | **December 10, 2026** |
| Supplemental/Rebuttal Expert Disclosures | September 25, 2026 | **December 24, 2026** |

All other deadlines and instructions contained in the Pretrial Scheduling Order (ECF No. 26) shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: September 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE